# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                CASE #:   08 CIV 2872

MENDEL MENDELOVITS

                                                                          Plaintiff(s)/Petitioner(s)
                                      against

OMNI CREDIT SERVICES OF FLORIDA, INC.

                                                                          Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on   3/20/08    at   2:27 PM
at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

upon:    **OMNI CREDIT SERVICES OF FLORIDA INC.**

defendant/respondent in this action by delivering and leaving with   Donna Christie
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on:  3/21/2008

_(signature)_                                                          _(signature)_
Notary Public                                                          Michael Pickett

                                                                       Lightning Legal Services, LLC
                                                                       P.O. Box 9132
| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | Albany, NY  12209 |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | 108642 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 | |