UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MENDEL MENDELOVITS

        Plaintiff,

  -against-

OMNI CREDIT SERVICES OF FLORIDA, INC.

        Defendant.

-----------------------------------------------------------x

NOTICE OF DISCONTINUANCE

7:08-cv-02872-CLB

IT IS HEREBY STIPULATED, by the undersigned attorney for the Plaintiff, that the above-captioned action is hereby dismissed and discontinued with prejudice and without costs to any party.

Dated: May 20, 2008
      Uniondale, New York

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 903-8400

_____
SO ORDERED
5/20/08